# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 23, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157243(61)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

JAMAL DEREK RIVERS,
　　　　Defendant-Appellant.

SC: 157243
COA: 333936
Wayne CC: 16-000197-FC

_____/

　　　　On order of the Chief Justice, the motion of defendant-appellant for permission to file a pro per supplement to the application for leave to appeal is GRANTED. The supplement submitted on February 21, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 23, 2018



Clerk